UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

JAMES FORRESTER,

                                        Plaintiff,      NOTICE OF WITHDRAWAL

               -against-                      Docket No.  13-cv-06324-JBW-
CLP
CITY OF NEW YORK, POLICE OFFICER RAMON
CABRAL, POLICE OFFICER TRINA ANDREA,
UNDERCOVER OFFICER #25835, SERGEANT
DONALD BOYLE, POLICE OFFICERS JOHN DOE 1-2,     ECF CASE

                                  Defendants.

-------------------------------------------------------------------- x

      Please take notice that Cynthia Conti-Cook hereby withdraws as counsel in the above-
captioned action. After May 9, 2014, I will no longer be employed by Stoll, Glickman & Bellina,
LLP.

      Stoll, Glickman & Bellina, LLP, by Nicole Bellina will continue to serve as counsel of
record for plaintiff. A notice of appearance will be filed promptly.

DATED:     May 9, 2014
           Brooklyn, New York

                                  Respectfully yours,

                                  By: Cynthia H. Conti-Cook
                                  Bar# CC0778
                                  Stoll, Glickman & Bellina, LLP
                                  Attorneys for Plaintiff
                                  475 Atlantic Avenue 3rd Floor
                                  Brooklyn, NY  11217
                                  (718) 852-3710
                                  (718) 852-3586
                                  cconti-cook@stollglickman.com